# EXHIBIT

# 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No.: 1:24-cv-371-MPB-TAB |
| POLE BARN SPECIALISTS, LLC *et al.*, | ) | |
| Defendants. | ) | |

**DECLARATION OF DARRIN WARD**

I, Darrin Ward, being first duly sworn upon oath, depose and state that I have personal knowledge of all facts hereinafter set forth and that, if sworn as a witness, I could competently testify thereto.

1. I am employed by BeneSys, Inc. ("BeneSys"), which is the Third-Party Administrator for the Indiana/Kentucky/Ohio Regional Council of Carpenters Pension Fund, the Indiana/Kentucky/Ohio Regional Council of Carpenters Defined Contribution Pension Fund, the Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund, and the Indiana/Kentucky/Ohio Regional Council of Carpenters Joint Apprenticeship and Training Fund (collectively, the "Trust Funds").

2. I hold the title of Contributions Supervisor for the Trust Funds.

3. The Trust Funds are administered pursuant to the terms and provisions of certain Agreements and Declarations of Trust ("Trust Agreements").

4. The Trust Funds serve as the collection agent for contributions and wage deductions owed to the Central Midwest Regional Council of Carpenters ("Union").

5. In August 2024, Pole Barn Specialists, LLC ("Pole Barn Specialists"), Taylor Kitchell, and Thomas Truty entered into a Settlement Agreement with the Trust Funds and Union.

6. Pole Barn Specialists, Taylor Kitchell, and Thomas Truty have failed to their monthly installment payments for November 2025 through September 2026.

7. Pole Barn Specialists, Taylor Kitchell, and Thomas Truty also failed to timely submit Pole Barn Specialists' monthly contribution remittance report payments for the months of February 2026, March 2026, April 2026, and June 2026, and therefore owe the Trust Funds interest for those work months in the aggregate amount of $4,332.02.

8. Additionally, Pole Barn Specialists, Taylor Kitchell, and Thomas Truty have submitted Pole Barn Specialists' monthly contribution remittance report for the month of August 2026 but have failed to pay the corresponding contributions and wage deductions owed in the aggregate amount of $22,299.79.

9. As a result of their failure to timely pay the contributions and wage deductions owed for August 2026, Pole Barn Specialists, Taylor Kitchell, and Thomas Truty also owe the Trust Funds $2,229.98 in liquidated damages and $2,229.98 in interest for August 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:

10/1/2026
Date

Darrin Ward