# EXHIBIT

# 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.*,

Plaintiffs,

vs.

POLE BARN SPECIALISTS, LLC *et al.*,

Defendants.

Case No.: 1:24-cv-371-MPB-TAB

**DECLARATION OF ADAM Y. DECKER**
**IN SUPPORT OF ATTORNEYS' FEES AND COSTS**

I, Adam Y. Decker, hold the title of Senior Attorney at the law firm of Johnson & Krol, LLC. Being first duly sworn upon oath, state that to the best of my knowledge, the following is an accurate statement as to the attorneys' fees and costs Plaintiffs have incurred to collect the amounts due under the Settlement Agreement:

| **Date** | **Description** | **Min/Hrs/Rate** | **Amount** |
|---|---|---|---|
| 10/15/2024 to 9/30/2026 | Various Fees and Costs (*See* Exhibit A) | | $6,198.50 |
| **Total** | | | **$6,198.50** |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:

10/1/2026
Date

Adam Y. Decker
Adam Y. Decker

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 10/15/24 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Emails w/ FO re: payment agreement; update collection database | 0.33 | $240.00 | $80.00 |
| 11/6/24 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Update | Update collection database | 0.17 | $250.00 | $41.67 |
| 12/9/24 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Emails w/ FO re: status of contribution reports; receipt/review reports | 0.25 | $250.00 | $62.50 |
| 12/18/24 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Follow up | F/U w/ FO re: status of October fringes | 0.17 | $250.00 | $41.67 |
| 12/19/24 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Emails w/ FO re: ongoing contributions | 0.17 | $250.00 | $41.67 |
| 1/3/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Emails w/ FO re: ongoing contributions | 0.17 | $250.00 | $41.67 |
| 1/6/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Review email from FO re: November 2024 contributions; update file re: breach of payment agreement | 0.17 | $250.00 | $41.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1/7/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Emails w/ FO re: ACH payment | 0.25 | $250.00 | $62.50 |
| 1/8/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Emails from FO and contractor re: status of payments | 0.17 | $250.00 | $41.67 |
| 1/14/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Follow up | F/U w/ FO re: status of payments | 0.17 | $250.00 | $41.67 |
| 1/15/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Email from FO re: status of contributions | 0.17 | $250.00 | $41.67 |
| 1/17/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Emails w/ FO re: payment | 0.17 | $250.00 | $41.67 |
| 1/24/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Email from FO | 0.17 | $250.00 | $41.67 |
| 2/4/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Email correspondence | Review email from FO; review status of matter; emails w/ atty re: breach of settlement agreement | 0.33 | $250.00 | $83.33 |
| 2/6/25 | Adam Decker | (Old) IKO-IN TF Collections-Pole Barn Specialists-Collection/Litigation | Update | Update collection database | 0.25 | $250.00 | $62.50 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 3/6/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Review | Review matter re: status of payments; update file re: same | 0.17 | $250.00 | $41.67 |
| 3/10/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of ongoing contributions | 0.17 | $250.00 | $41.67 |
| 3/11/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO re: status of payments | 0.17 | $250.00 | $41.67 |
| 3/12/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email atty re: unpaid contributions; update collection database | 0.25 | $250.00 | $62.50 |
| 4/7/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO re: payment | 0.17 | $250.00 | $41.67 |
| 4/17/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Update | Update collection database | 0.17 | $250.00 | $41.67 |
| 5/9/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Request | Request March 2025 contribution reports from FO | 0.17 | $250.00 | $41.67 |
| 5/20/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Update | Update collection database; email FO re: ongoing contribution reports | 0.17 | $250.00 | $41.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5/29/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO re: non-bargaining fringes; discuss same w/ JEM; email auditors re: audit | 0.33 | $250.00 | $83.33 |
| 5/30/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email FO re: non-bargaining fringes | 0.17 | $250.00 | $41.67 |
| 6/2/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO re: non-bargaining fringes | 0.17 | $250.00 | $41.67 |
| 7/10/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email atty re: breach of settlement agreement | 0.17 | $250.00 | $41.67 |
| 7/15/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of delinquency; update file | 0.25 | $250.00 | $62.50 |
| 7/21/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: delinquency | 0.17 | $250.00 | $41.67 |
| 7/22/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | T/C | T/C w/ AYD; email w/ AYD; email to John Carr | 0.25 | $320.00 | $80.00 |
| 7/22/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO re: status; email atty re: same; email SCD re: same | 0.25 | $250.00 | $62.50 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 7/22/25 | Joseph Mallon | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails re: status | 0.17 | $345.00 | $57.50 |
| 7/23/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | T/C | T/C w/ Derek Dodd; email to AYD | 0.17 | $320.00 | $53.33 |
| 7/23/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ SCD | 0.17 | $250.00 | $41.67 |
| 7/28/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: delinquency | 0.17 | $250.00 | $41.67 |
| 7/29/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO | 0.17 | $250.00 | $41.67 |
| 7/30/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | T/C | T/C w/ AYD; email to client; t/c w/ John Carr and Nick Pollack; email w/ Benesys | 0.33 | $320.00 | $106.67 |
| 7/30/25 | Joseph Mallon | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails re: status | 0.17 | $345.00 | $57.50 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 7/30/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Draft | Draft motion to reinstate lawsuit; emails w/ FO re: contribution reports; receipt/review same; t/c w/ SCD; emails w/ SCD | 1.42 | $250.00 | $354.17 |
| 7/31/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email w/ Nick Pollack | 0.17 | $320.00 | $53.33 |
| 7/31/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO and union | 0.17 | $250.00 | $41.67 |
| 8/1/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email w/ AYD; fwd to client | 0.17 | $320.00 | $53.33 |
| 8/1/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO; t/c w/ SCD | 0.25 | $250.00 | $62.50 |
| 8/6/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO | 0.17 | $250.00 | $41.67 |
| 8/7/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Receipt/review | Receipt/review April reports | 0.17 | $250.00 | $41.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 8/28/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: ongoing contributions | 0.17 | $250.00 | $41.67 |
| 9/2/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | T/C | T/C w/ AYD re: Benesys status | 0.17 | $320.00 | $53.33 |
| 9/2/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO; update collection database | 0.17 | $250.00 | $41.67 |
| 9/4/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ AYD review email | 0.25 | $320.00 | $80.00 |
| 9/4/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Review | Review status of account; emails w/ SCD and atty re: same; t/c w/ SCD | 0.42 | $250.00 | $104.17 |
| 9/11/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of delinquency | 0.17 | $250.00 | $41.67 |
| 9/12/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Revise | Revise motion to reinstate lawsuit; email Derek Dodd | 0.42 | $250.00 | $104.17 |
| 9/12/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email w/ Derek Dodd; review file; email w/ AYD | 0.17 | $320.00 | $53.33 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 9/15/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email w/ John Carr and AYD | 0.17 | $320.00 | $53.33 |
| 9/15/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ John Carr and FO | 0.17 | $250.00 | $41.67 |
| 9/16/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO | 0.17 | $250.00 | $41.67 |
| 9/17/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO and John Carr | 0.17 | $250.00 | $41.67 |
| 9/24/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email FO | 0.17 | $250.00 | $41.67 |
| 9/25/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO; review contributions received; update collection database | 0.75 | $250.00 | $187.50 |
| 9/26/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email update to John Carr; emails w/ FO re: non-bargaining fringes | 0.25 | $250.00 | $62.50 |
| 10/27/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of delinquency | 0.17 | $250.00 | $41.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 10/28/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO re: contribution reports; update collection database; update file | 0.42 | $250.00 | $104.17 |
| 11/11/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email FO re: overpayments | 0.17 | $250.00 | $41.67 |
| 11/12/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO | 0.17 | $250.00 | $41.67 |
| 11/13/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | T/C | T/C w/ FO re: overpayment | 0.17 | $250.00 | $41.67 |
| 11/20/25 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Discuss | Discuss w/ AYD; email w/ AYD | 0.17 | $320.00 | $53.33 |
| 11/20/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of installment payments; update collection database; t/c w/ SCD; email John Carr re: status of matter | 0.58 | $250.00 | $145.83 |
| 12/22/25 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email FO re: overpayment | 0.17 | $250.00 | $41.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1/14/26 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Discuss | Discuss Pole Barn w/ Derek Dodd and Keith Street; t/c w/ AYD | 0.17 | $320.00 | $53.33 |
| 1/14/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of payments; review matter; t/c w/ SCD, Keith Streeter, and Derek Dodd; email to same | 0.67 | $250.00 | $166.67 |
| 1/15/26 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | T/C w/ AYD; email w/ Derek Dodd | 0.25 | $320.00 | $80.00 |
| 1/15/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Revise | Revise motion to reinstate lawsuit; t/c w/ SCD re: same | 1 | $250.00 | $250.00 |
| 1/16/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email FO re: overpayment | 0.17 | $250.00 | $41.67 |
| 2/3/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: overpayment | 0.17 | $250.00 | $41.67 |
| 2/3/26 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email w/ AYD | 0.17 | $320.00 | $53.33 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 2/4/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO | 0.17 | $250.00 | $41.67 |
| 2/6/26 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email w/ Debbie Taylor; email w/ AYD; email w/ client | 0.25 | $320.00 | $80.00 |
| 2/6/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO re: forthcoming payment; emails w/ SCD re: same | 0.17 | $250.00 | $41.67 |
| 2/6/26 | Elishua Burca | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Receipt of correspondence | Email from debra re: correspondence w/ ER; review for the same | 0.17 | $260.00 | $43.33 |
| 2/16/26 | Suzanne Dyer | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email w/ AYD | 0.17 | $320.00 | $53.33 |
| 2/16/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of payments | 0.17 | $250.00 | $41.67 |
| 2/17/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO re: payments received | 0.17 | $250.00 | $41.67 |
| 2/18/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Receipt/review | Receipt/review contribution reports | 0.17 | $250.00 | $41.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 2/19/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Update | Update collection database | 0.25 | $250.00 | $62.50 |
| 3/3/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: January 2026 contributions payments | 0.17 | $250.00 | $41.67 |
| 3/19/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of ongoing contributions | 0.17 | $250.00 | $41.67 |
| 3/23/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO | 0.17 | $250.00 | $41.67 |
| 3/24/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Review | Review info from FO re: status of account; emails w/ FO re: same | 0.25 | $250.00 | $62.50 |
| 3/25/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO; update collection database | 0.25 | $250.00 | $62.50 |
| 4/3/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: overpayments | 0.17 | $250.00 | $41.67 |
| 4/14/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of overpayments and delinquencies | 0.17 | $250.00 | $41.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 4/16/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO | 0.17 | $250.00 | $41.67 |
| 5/11/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email from FO | 0.17 | $250.00 | $41.67 |
| 5/12/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO re: allocation of overpayments | 0.17 | $250.00 | $41.67 |
| 6/3/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO re: status of delinquencies | 0.17 | $250.00 | $41.67 |
| 6/9/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Update | Update file re: April 2026 contribution reports | 0.17 | $250.00 | $41.67 |
| 7/1/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Follow up | F/U w/ FO re: status of ongoing contributions | 0.25 | $250.00 | $62.50 |
| 7/6/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ FO re: status of contributions; update file | 0.25 | $250.00 | $62.50 |
| 7/7/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Receipt/review | Receipt/review contribution reports | 0.17 | $250.00 | $41.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 7/14/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Update | Update collection database | 0.17 | $250.00 | $41.67 |
| 9/3/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Emails w/ auditors re: status of audit; f/u w/ FO re: status of contribution reports; update file re: same | 0.33 | $250.00 | $83.33 |
| 9/30/26 | Adam Decker | IKO-IN TF Collections-Pole Barn Specialists (NW IN)-Collection/Litigation | Email correspondence | Email FO; revise motion to reinstate lawsuit | 0.42 | $250.00 | $104.17 |
| | | | | **Totals:** | **24.07** | | **$6,198.50** |