**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; and CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No.: 1:24-cv-371-MPB-TAB |
| POLE BARN SPECIALISTS, LLC, an Indiana limited liability company; TAYLOR KITCHELL, an individual; and THOMAS TRUTY, an individual, | ) | |
| Defendants. | ) | |

**ORDER**

This matter coming before the Court on Plaintiffs' Motion to Reinstate the Lawsuit and for the Entry of Judgment Against Defendants, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. This matter is hereby reinstated.

2. Judgment is entered in favor of Plaintiffs and against Defendants Pole Barn Specialists, LLC, Taylor Kitchell, and Thomas Truty, jointly and severally, in the aggregate amount of $156,425.11, itemized as follows:

   i. $128,576.94 in principal under the Settlement Agreement;

ii. $12,857.69 in liquidated damages under the Settlement Agreement;

iii. $4,332.02 in interest for February 2026, March 2026, April 2026, and June 2026;

iv. $22,299.79 in contributions for August 2026;

v. $2,229.98 in liquidated damages for August 2026;

vi. $2,229.98 in interest for August 2026;

vii. $6,198.50 in attorneys' fees and costs.

3. Plaintiffs are entitled to such other and further relief as the Court may deem just and equitable all at the cost of Defendants Pole Barn Specialists, LLC, Taylor Kitchell, and Thomas Truty, pursuant to 29 U.S.C. § 1132(g)(2)(E).

**ENTERED:**

______________________________
Hon. Matthew P. Brookman
United States District Court
Southern District of Indiana

Date:__________________________